IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH HERNANDEZ, </br></br> Plaintiff, </br> v. </br></br> FAMILY DOLLAR, INC., </br> and FAMILY DOLLAR STORES OF ILLINOIS, INC., </br></br> Defendants. | Case No. 2015 L 008930 |

**NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, FAMILY DOLLAR, INC., by and through its attorneys, HeplerBroom LLC, removes to this Court the above-entitled case from the Circuit Court of Cook County, Illinois. In support thereof, Defendant states as follows:

1. The removed case is a civil action filed on August 31, 2015, in the Circuit Court of Cook County, Illinois, bearing Cause No. 2015-L-008930.

2. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Complaint and Summons acknowledging service upon defendant, Family Dollar, Inc., on September 2, 2015.

3. Venue of this removal action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4. This Notice of Removal is filed by Defendant, Family Dollar, Inc., with this Court within 30 days of receipt by the Defendant of the initial pleading against the defendant as required by 28 U.S.C. § 1446(b).

5. Plaintiff, Elizabeth Hernandez, is an individual citizen and resident of the State of Illinois.

6. Defendant, Family Dollar, Inc., is a corporation incorporated under the laws of North Carolina, and having its principal place of business in North Carolina.

7. Defendant, Family Dollar Stores of Illinois, Inc., is no longer an active entity within the state of Illinois, effective December 1, 1998 and does not own, maintain, manage, lease or control Family Dollar store #5515. *See affidavit attached as Exhibit B*. Therefore, Family Dollar Stores of Illinois, Inc. cannot join in or consent to removal. Further, a valid request for removal requires the consent of all defendants, "unless they were not properly served at time of removal." *Benson v. Unilever U.S., Inc.*, 884 F. Supp. 2d 708 (S.D. Ill. 2012). Family Dollar Stores of Illinois, Inc. has not been properly served.

8. Counsel for both parties discussed on September 29, 2015, and September 30, 2015, that Plaintiff has alleged medical expenses in excess of $200,000. *See attached letters as Exhibit C and D*. Therefore, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

9. Defendant, Family Dollar, Inc., removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

10. Defendant will promptly serve written notice of the removal of this action upon all adverse parties and will file such notice with the Clerk of the Circuit Court for Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

11. Defendant, Family Dollar, Inc., requests a trial by jury of all issues to be tried.

WHEREFORE, Defendant, Family Dollar, Inc., respectfully gives notice that the above-entitled cause is removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

HEPLERBROOM LLC
By: /s/ Edna L. McLain
Edna L. McLain     #6278008
30 N. LaSalle St.
Suite 2900
Chicago, Illinois 60602
Tele: 312-230-9100/Fax: 312-230-9201
*Attorneys for Defendant Family Dollar,, Inc.*

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by enclosing the same in an envelope addressed to such attorneys with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Chicago, Illinois on this 30th day of September, 2015:

>Scott Norris
>Burnes & Libman
>2 North LaSalle Street
>Suite 600
>Chicago, Illinois 60602

By: */s/ Edna L. McLain*