IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ,  )  )  Plaintiff,  )  )  v.  )  )  FAMILY DOLLAR, INC., a foreign corporation,  )  and FAMILY DOLLAR STORES OF ILLINOIS,  )  INC., a domestic corporation,  )  )  Defendants.  ) | No.: 2015L008930  CALENDAR/ROOM E  TIME 00:00  Premises Liability  **Please Serve:**  *See attached Service List* |

## SUMMONS

To each defendant:

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,................. DOROTHY BROWN AUG 3 1 2015

..................................................................

Clerk of the Court
Date of service:..................................., 2015
(To be inserted by officer on copy left with defendant or other person)

BURNES & LIBMAN
Two North LaSalle, Suite 600
Chicago, Illinois 60602
(312) 726-6500
Atty. No.: 35841

**DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS**

EXHIBIT A

## SHERIFF'S SERVICE LIST

**Elizabeth Hernandez v. Family Dollar, Inc. and Family Dollar Stores of Illinois, Inc.**

Please Serve:

    Family Dollar, Inc.
       c/o Registered Agent, CT Corporation System
          208 So. LaSalle Street, Suite 814
          Chicago, Illinois 60604

    Family Dollar Stores of Illinois, Inc.
       c/o Registered Agent, Prentice Hall Corporation
          33 North LaSalle Street
          Chicago, Illinois 60602



**DIE DATE**
09/23/2015

**DOC.TYPE:** LAW
**CASE NUMBER:** 15L008930
**DEFENDANT**
FAMILY DOLLAR, INC
208 S. LASALLE ST
CHICAGO, IL 60604
STE 814

**SERVICE INF**
RM E/801 C (
SYS

**ATTACHED**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) No.: 2015 L 008930 |
| FAMILY DOLLAR, INC., a foreign corporation, and FAMILY DOLLAR STORES OF ILLINOIS, INC., a domestic corporation, | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ELIZABETH HERNANDEZ, by and through her attorneys, BURNES & LIBMAN, and complaining of the Defendants, FAMILY DOLLAR, INC., a foreign corporation, and FAMILY DOLLAR STORES OF ILLINOIS, INC., a domestic corporation, states as follows:

1. That on or about September 5, 2013, the Defendants, FAMILY DOLLAR, INC., and/or FAMILY DOLLAR STORES OF ILLINOIS, INC., owned, operated, managed, maintained, controlled, supervised and possessed the premises, commonly known as "Family Dollar Store," Store #5515, located at 4700 W. Belmont Avenue, Chicago, County of Cook, and State of Illinois.

2. That on the aforesaid date, the Plaintiff, ELIZABETH HERNANDEZ, was a customer, shopping on said premises and walking through the store at said premises.

3. That it then and there became and was the duty of the Defendants, FAMILY DOLLAR, INC., and/or FAMILY DOLLAR STORES OF ILLINOIS, INC., by and through their agents, servants and/or employees acting on their behalf, to use reasonable and ordinary care in the

ownership, operation, management and maintenance of the aforesaid premises so as not to cause injury to the Plaintiff.

4. That notwithstanding their duties as aforesaid, the Defendants, FAMILY DOLLAR, INC., and/or FAMILY DOLLAR STORES OF ILLINOIS, INC., by and through their agents, servants and/or employees acting on their behalf, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

>   a.  Carelessly and negligently allowed liquid spilled from one or more of its product to remain on the floor where Plaintiff fell;
>
>   b.  Carelessly and negligently failed to inspect said ground when such inspection would have revealed liquid on the floor where Plaintiff fell;
>
>   c.  Carelessly and negligently failed to warn the Plaintiff of the liquid on the ground although it knew or by exercising ordinary and reasonable care should have known of the dangerous, hazardous and unsafe condition of said ground; and,
>
>   d.  Failed to adequately clean liquid spilled on the ground from one or more of its products.

5. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendants, FAMILY DOLLAR, INC., and/or FAMILY DOLLAR STORES OF ILLINOIS, INC., by and through their agents, servants and/or employees, the Plaintiff slipped on the dangerous, hazardous, and unsafe slippery condition on the ground, causing Plaintiff to slip, fall and suffer injuries, expend large sums of money for necessary medical care and treatment and will likely in the future incur and expend such further obligations; furthermore, the Plaintiff has been unable to attend to her usual duties and affairs and has lost great gains thereby which she would have otherwise made and/or acquired.

- 2 -

WHEREFORE, Plaintiff, ELIZABETH HERNANDEZ, prays for judgment against Defendants, FAMILY DOLLAR, INC., and/or FAMILY DOLLAR STORES OF ILLINOIS, INC., jointly and severely for a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), together with her costs in bringing this action.

By: 
BURNES & LIBMAN

Stephen M. Libman
Scott Norris
BURNES & LIBMAN
2 N. LaSalle St., Ste. 600
Chicago, Illinois 60602
(312) 726-6500
Attorney No. 35841

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: |
| | ) |
| FAMILY DOLLAR, INC., a foreign corporation, | ) |
| and FAMILY DOLLAR STORES OF ILLINOIS, | ) |
| INC., a domestic corporation, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF DAMAGES

Pursuant to Illinois Supreme Court Rule 222(b), the undersigned attorney for the Plaintiff states that the total of money damages sought per Plaintiff in this civil action does exceed FIFTY THOUSAND DOLLARS ($50,000.00).

_____
Attorney for Plaintiff

Stephen M. Libman
Scott Norris
BURNES & LIBMAN
2 N. LaSalle St., Ste. 600
Chicago, Illinois 60602
(312) 726-6500
Attorney No. 35841

- 4 -