**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ELIZABETH HERNANDEZ,** | ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) Case No. 1:15-cv-08653 |
| **FAMILY DOLLAR, INC.,** | ) ) |
| **Defendant.** | ) |

**AGREED STIPULATION TO DISMISS**

Plaintiff, ELIZABETH HERNANDEZ, and Defendant, FAMILY DOLLAR, INC., through their respective attorneys, BURNES & LIBMAN, and HEPLERBROOM LLC, on an agreed basis, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all matters in controversy have been compromised and settled to the satisfaction of the parties, and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

Respectfully Submitted,

| | |
|---|---|
| FAMILY DOLLAR, INC., Defendant | ELIZABETH HERNANDEZ, Plaintiff |
| By: */s/ Edna McLain* | By: */s/Scott Norris* |
| One of its attorneys | One of her attorneys |
| Edna McLain, #6278008 | Scott Norris |
| HEPLERBROOM LLC | BURNS & LIBMAN |
| 30 N. LaSalle Street, Ste. 2900 | 2 North LaSalle Street, Ste. 600 |
| Chicago. IL 60602 | Chicago, IL 60602 |
| (312) 230-9100 (telephone) | (312) 726-6500 (telephone) |
| (312) 230-9201 (facsimile) | (312) 726-1766 (facsimile) |
| E-mail: elm@heplerbroom.com | E-mail: snorris@burnesandlibman.com |