UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Elizabeth Hernandez
                              Plaintiff,

v.
                                                        Case No.: 1:15−cv−08653
                                                        Honorable Mary M. Rowland

Family Dollar, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 27, 2017:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the parties' Agreed Stipulation to Dismiss [69], this action is dismissed with prejudice and without costs to any party. Status hearing previously set for 12/12/17 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.